

# Fourth Court of Appeals
## San Antonio, Texas

January 2, 2020

No. 04-19-00785-CV

**IN RE** David Wayne **SPINKS**

Original Mandamus Proceeding[1]

**ORDER**

On November 6, 2019, relator filed a petition for writ of mandamus, the real party in interest responded, and relator replied. After reviewing the petition, response, reply, and the record, we conclude relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Susan Harris is ORDERED to: (1) vacate her September 20, 2019 "Order Denying Motion to Vacate and Set Aside Order Granting New Trial" and (2) set aside her July 10, 2019 "Order Granting Motion for New Trial." The writ will issue only in the event we are notified Judge Harris fails to comply within fifteen days from the date of this opinion.

It is so **ORDERED** on January 8, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2019.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 1909C, styled *In the Matter of the Marriage of David Wayne Spinks v. Becky Sue Detimore*, pending in the County Court, Kerr County, Texas, the Honorable Susan Harris presiding.